```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0047--CR (JKS)
                                     "USA V CHRISTOPHER LENIEAR"
                                    DEF 1.1 LENIEAR, CHRISTOPHER

                    Including terminated defendants, excluding terminated counsel


     Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed:  04/21/04
             Closed:  01/10/05
No. of Defendants:  1
   MJ Case Number:  A04-0102--MJ
                AKA:
    Location status:  U.S. Custody
         Trial date:
         Terminated:  YES
Needs interpreter:  NO
Counsel of record:  Christopher Leniear
                    Pro Per: 14946-006 Card Unit
                    Federal Medical Center
                    PO Box 14500
                    Lexington, KY 40512
                    Serve: YES
                     Type: Waived or Self
                     Role: 2255 Motion


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  Kevin Feldis
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 1.1 LENIEAR, CHRISTOPHER
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 21:841(a)(1) and 841(b)(1)(C) POSSESSION OF COCAINE BASE WITH INTENT TO DISTRIBUTE (F) | Sentenced (36-1) |
| 1 - 1 IND | 2 | 18:924(c)(1)(A) POSSESSION OF A FIREARM DURING AND IN RELATION TO AND IN FURTHERANCE OF DRUG TRAFFICKING (F) | Sentenced (36-1) |
| 1 - 1 IND | 3 | 26:5861(d) and 5871 POSSESSION OF AN UNREGISTERED SILENCER (F) | Sentenced (36-1) |
| 1 - 1 IND | 4 | 21:853(a)(2) CRIMINAL FORFEITURE (F) | Sentenced (36-1) |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A04-0047--CR (JKS)
                             "USA V CHRISTOPHER LENIEAR"

                               For all filing dates


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 04/21/04
            Closed: 01/10/05
No. of Defendants: 1


 Document #  Filed     Docket text

 NOTE -   1  04/15/04  [Re: DEF 1] Issued WOA in A04-102MJ (JDR).

 NOTE -   2  04/21/04  [Re: DEF 1] USM Notice of Arrest; defendant arrested 4/15/04 in
                       A04-0102MJ (JDR).

    1 -   1  04/21/04  [Re: DEF 1] PLF 1 Indictment.

    2 -   1  04/21/04  [Re: DEF 1] AHB Grand Jury Minutes no bail set; def in custody; set for
                       Arr & notify USM.

    3 -   1  04/21/04  [Re: DEF 1] Documents #2 through #6 transferred from: A04-0102MJ (JDR).

    4 -   1  04/22/04  [Re: DEF 1] JDR Court Minutes [ECR: Robin Carter] re Arr on Indt/det hrg
                       hld 4/21/04; J. Pharr apptd; def pled not guilty; def detained; PTM's
                       due 5/7/04; cnsl advised no trial has been set; def detained. cc: USA,
                       J. Pharr, USM, USPO, Judge Singleton

    5 -   1  04/22/04  [Re: DEF 1] JDR Order of Detention Pending Trial. cc: USA, J. Pharr,
                       USM, USPO

    6 -   1  04/22/04  [Re: DEF 1] JDR Order regarding preparation for trial re cnsl to meet &
                       confer by 4/26/04; PTM's due 5/7/04. cc: USA, J. Pharr

    7 -   1  04/23/04  [Re: DEF 1] CJA appointment of J. Pharr.

    8 -   1  04/26/04  [Re: DEF 1] PLF 1  Discovery Conference Certificate.

 NOTE -   3  04/28/04  Notation: Notice of Speedy Trial Act deadlines to JKS.

    9 -   1  04/28/04  [Re: DEF 1] JKS Minute Order setting TBJ for 06/14/04 at 9:00 a.m. and
                       FPTC for 06/03/04 at 11:00 a.m. cc: USA, J. Pharr, USM, USPO, MJ
                       Roberts, JC

   10 -   1  05/19/04  {SEALED}

   11 -   1  05/19/04  {SEALED}

   12 -   1  05/26/04  {SEALED}

   13 -   1  06/01/04  DEF 1 motion on shortened time to continue change of plea hearing w/att
                       aff.

   14 -   1  06/02/04  [Re: DEF 1] JKS Order granting mot on shortened time to cont COP hrg
                       (13-1). cc: USA, J. Pharr, USM, USPO

   15 -   1  06/02/04  DEF 1 Notice regarding mental competency w/att aff.

   16 -   1  06/04/04  [Re: DEF 1] JKS Court Minutes [ECR: Debby Willoughby-Lyons] Cont PCOP
                       Held 06/03/04; TBJ set for 06/14/04 vacated; stat conf set for 06/23/04
                       at 9:00 a.m. cc: USA, J. Pharr, USM, USPO, MJ Roberts, JC

ACRS: R_RDSDX             As of 12/01/05 at 2:55 PM by GARRY                      Page 1
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CRIMINAL DOCKET ENTRIES FOR CASE A04-0047--CR (JKS)
                                    "USA V CHRISTOPHER LENIEAR"

                                      For all filing dates

Document #    Filed      Docket text
_____    _____   _____

  17 -   1    06/22/04   [Re: DEF 1] JKS Minute Order resetting 6/23/04 stat conf for 7/16/04 at
                         2:00 p.m.. cc: USA, J. Pharr, USM, USPO, MJ Roberts

  18 -   1    06/30/04   DEF 1 Unopposed motion on shortened time for evaluation of competency to
                         stand trial w/att aff.

  19 -   1    07/01/04   [Re: DEF 1] JKS Order granting unopposed mot on shortened time for
                         evaluation of competency to stand trial (18-1). cc: USA, J. Pharr, USM,
                         USPO, MJ Roberts, FPD (CJA Clerk)

  20 -   1    07/19/04   [Re: DEF 1] JKS Court Minutes [ECR: Denali Elmore] Stat Conf Held
                         07/16/04; stat conf cont to 08/06/04 at 1:30 p.m.  cc: USA, J. Pharr,
                         USM, USPO

  21 -   1    08/10/04   [Re: DEF 1] JKS Court Minutes [ECR: Robin Carter] re cont status conf
                         hld 8/6/04; cnsl for def to file status report re evaluation of
                         competency of the def due 8/10/04; cont status conf set for 8/13/04 at
                         3:00 p.m. cc: USA, J. Pharr, USM, USPO, MJ Roberts

  22 -   1    08/10/04   DEF 1 Report re: mental competency examination w/att exhs.

  23 -   1    08/16/04   {SEALED}

  24 -   1    08/20/04   {SEALED}

  25 -   1    08/23/04   {SEALED}

  26 -   1    08/24/04   {SEALED}

  27 -   1    08/25/04   {SEALED}

  28 -   1    11/02/04   [Re: DEF 1] JKS Minute Order re cont IOS RESET for 11/18/04 at 9:00 a.m.
                         cc: USA, J. Pharr, USM, USPO

  29 -   1    11/08/04   {SEALED}

  30 -   1    11/09/04   {SEALED}

  31 -   1    11/16/04   [Re: DEF 1] PLF 1 Sentencing Memorandum.

  32 -   1    11/17/04   PLF 1; DEF 1 Stipulation to cont IOS.

  32 -   2    11/18/04   [Re: DEF 1] JKS Order granting stipulation to cont IOS to 12/2/04 at
                         10:00 a.m. (32-1). cc: USA, J. Pharr, USM, USPO

  33 -   1    11/24/04   DEF 1 Sentencing Memorandum.

  34 -   1    12/07/04   [Re: DEF 1] JKS Court Minutes [ECR: Caroline Edmiston] re: IOS held
                         12/2/04; crt directed parties to have mental health evaluation completed
                         & rpt submitted to crt re: findings; crt found excludable delay under
                         section 3161(h)(1)(A); stat hrg set 1/6/05 @ 1:30 p.m.. cc: USA, J.
                         Pharr, USM, USPO

  35 -   1    01/06/05   [Re: DEF 1] JKS Court Minutes [ECR: Elisa Singleton] re Status
                         Conference (IOS) held 1/6/05; judgment imposed as stated in the
                         judgment; deft remanded to the custody of the USM.  cc: USA, J. Pharr,
                         USM, USPO
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A04-0047--CR (JKS)
                            "USA V CHRISTOPHER LENIEAR"

                                  For all filing dates


Document #    Filed      Docket text

  36 -   1   01/10/05   [Re: DEF 1] JKS Judgment pleaded guilty to count(s) 1,2,3,4 of the
                        Indictment (1-1); sent 90 mos; SR 60 mos; SA $300. cc: USA, J. Pharr,
                        USM, USPO, def w/cnsls cy, Finance, FLU, MJ Roberts

  37 -   1   01/13/05   {SEALED}

  37 -   2   01/18/05   {SEALED}

  38 -   1   01/20/05   DEF 1 Notice of plea withdrawal.

  39 -   1   01/25/05   [Re: DEF 1] JKS Minute Order treating def's notion to w/d his guilty
                        plea as a motion & is DENIED. cc: USA, J. Pharr

  40 -   1   03/31/05   USM Return of svc on judgment re: DEF 1 executed on 3/17/05 to FMC at
                        Lexington, KY.

  41 -   1   10/03/05   [Re: DEF 1] Transcript of Status Hearing/Imposition of Sentence (held
                        01/06/05).

  42 -   1   10/17/05   DEF 1 motion under 28:2255 to vacate, set aside, or correct sentence
                        w/att memo.

  43 -   1   11/01/05   [Re: DEF 1] PLF 1 motion on shortened time for leave to file late
                        response to def 28:2255 motion.

  44 -   1   11/02/05   [Re: DEF 1] Clerk's Notice holding in abeyance motion on shortened time
                        for leave to file late response to def 28:2255 motion (43-1) pending
                        review of def;s 28:2255 petition by pro se law clerk. cc: USA, C. Lenair

  45 -   1   11/14/05   [Re: DEF 1] JWS Order directing svc & response; def has until 12/9/05 to
                        file req for crt appointed atty or in the alternative file a notice of
                        intent to proceed w/o cnsl; USA answer or response due by 1/9/06, unless
                        plf is appointed cnsl; govt's mot on shortened time @ dkt 43 is moot;
                        case is referred to MJ Roberts under LMR4(5); clk is directed to send
                        the US a copy of dkt 42; clk directed to send def form USDCA 40, form
                        CJA 23, Financial Aff, notice of intent to proceed w/o cnsl & a pro se
                        handbook.  cc: AUSA, C. Leniear w/forms & pro se hand book as stated, MJ
                        Roberts, PSLC
```