UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA



FILED
DEC 21 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

UNITED STATES OF AMERICA   v.   CHRIS LENIEAR

THE HONORABLE JOHN D. ROBERTS

DEPUTY CLERK                    CASE NO. A04-0047 CR (JKS)

Dan Maus

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: December 21, 2005

   Defendant Leniear's application for appointment of counsel, Clerk's Docket No. 47, is hereby **GRANTED**. The Federal Public Defender for the District of Alaska shall designate counsel from the CJA Panel or the Federal Public Defender's office to represent defendant Leniear in this case.

   Counsel for defendant shall review the record, confer with him, and file any amended 28 § 2255 petition, or voluntary dismissal, on or before **January 23, 2006**. In the alternative, counsel shall file a notice that no amended petition will be submitted.

   Government shall have until **February 23, 2006**, to file an answer or other responsive pleading.

A04-0047--CR (JKS)   pm 12-21-05
---------------------
/ C. LENIEAR
/ K. FELDIS (US ATTY)
/ FPD (CJA CLERK) w/#42

48

[A04-047cr appt of cnsl.wpd]{IA.WPD*Rev.12/96}