DEBORAH M. SMITH
Acting United States Attorney

KEVIN FELDIS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kevin.feldis@usadoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                              )<br>                            Plaintiff,    )<br>                                                              )<br>         v.                                               )<br>                                                              )<br>CHRISTOPHER LENIEAR,             )<br>                                                              )<br>                            Defendant.  )<br>_____)  | Case No. 3:04-cr-0047 (JKS)<br><br>**MOTION FOR EXTENSION OF TIME**<br><br>Filed on shortened time |

   Plaintiff moves on shortened time for an extension of time within which to file a response to the Defendant's Petition for Relief pursuant to 28 U.S.C. § 2255. Plaintiff's response is currently due May 22, 2006.  Plaintiff requests an extension of two weeks, which would make Plaintiff's response due June 5, 2006.

Additional time is required because undersigned counsel will be out of the office on family medical leave beginning Monday May 15, 2006, sooner than was anticipated. A two week continuance will allow undersigned to complete the United States response and/or allow another attorney for the government time to become familiar with the case to complete the government's response. It is not likely that a two week delay will prejudice defendant.

RESPECTFULLY SUBMITTED this 12th day of May, 2006 in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Kevin Feldis
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kevin.feldis@usadoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2006
a copy of the foregoing was served
electronically on:

Mark Rosenbaum


s/ Kevin Feldis