IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  )<br>  )<br>v.  )<br>CHRISTOPHER LENIEAR,  )<br>  )<br>  Defendant.  )<br>_____  ) | Case No. 3:04-cr-00047-JKS<br><br>ORDER GRANTING UNITED<br>STATES' MOTION FOR<br>FOR ADDITIONAL TIME<br>TO FILE RESPONSE TO SECTION<br>2255 PETITION |

Having considered the motion filed by the United States on shortened time for Additional Time to File Response to the Defendant's §2255 Petition in the above-captioned case, IT IS HEREBY ORDERED that the Government's response is due on June 5, 2006.

   IT IS SO ORDERED.

   DATED this ____ day of May, 2006, at Anchorage, Alaska.


   _____
   UNITED STATES MAGISTRATE JUDGE