# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

UNITED STATES v. CHRISTOPHER LENIEAR

Case No. **3-04-cr-00047-JKS-JDR**

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**

Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

## MINUTE ORDER FROM CHAMBERS

**RE: Motion for Additional Time to File Response to § 2255 Motion**
Docket No. 52

The government's motion for expedited consideration for additional time to file a response the defendant's § 2255 motion is GRANTED. The government's response shall be due on or before close of business June 5, 2006.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

May 16, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion.  See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1).  No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CR\3-04-cr-00047-JKS-JDR LENIEAR 2255 @52 MO Granting Mtn for Extension of Time.wpd