LAW OFFICES OF MARK A. ROSENBAUM
4940 Byrd Lane, Suite 100
Anchorage, Alaska  99502
(907) 243-2400

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:04-CR-0047-JKS |
| | ) | |
| Plaintiff, | ) | |
| | ) | ENTRY OF APPEARANCE AND |
| vs. | ) | REQUEST FOR STATUS |
| | ) | CONFERENCE |
| CHRIS LENIEAR, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Law Offices of Mark A. Rosenbaum, by and

through Mark A. Rosenbaum, Attorney-at-Law, and hereby gives notice of his

general appearance on behalf of Defendant Chris Leniear in the above-captioned

action  for the limited purpose of representing him in connection with a motion

filed pursuant to 28 U.S.C. § 2255..   All further pleadings and correspondence,

etc., should be sent to counsel  at the following address.


LAW OFFICES OF MARK A. ROSENBAUM
4940 Byrd Lane, Suite 100
Anchorage, Alaska  99502
(907) 243-2400
Fax: (907) 243-2609
Email: mark.rosenbaum.law@gci.net


DATED: _____          Respectfully submitted,


LAW OFFICES OF MARK A. ROSENBAUM
Attorneys for Defendant


By:     s/ Mark A. Rosenbaum_____
        MARK A. ROSENBAUM
        4940 Byrd Lane, Suite 100
        Anchorage, Alaska  99502
        Voice: (907) 243-2400
        Fax: (907) 243-2609
        E-mail: mark.rosenbaum.law@gci.net
        Alaska Bar No. 8906033

2

I declare under penalty of perjury
that a true and correct copy of the
foregoing **ENTRY OF APPEARANCE AND
REQUEST FOR STATUS CONFERENCE**
will be served upon

STEPHAN  A. COLLINS
Assistant U.S. Attorney
222 W. 7th Ave., Rm. C-253
Anchorage, Alaska 99513

on May 21, 2006, by one or more of the following means:

( )  U.S. Mail
( )  U.S. Mail Certified
( )  FAX
( )  Hand Delivery
( )  Hand Delivery to FPD Pickup Box
( )  Hand Delivery to USAO
( )  Private Messenger Service
(X)  Email via CM/ECF

Executed at Anchorage, Alaska, on
May 21, 2006.


s/ Mark A. Rosenbaum