DEBORAH M. SMITH
Acting United States Attorney

KAREN LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-6306
Fax: (907) 271-1500
E-mail: karen.loefflerl@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | No. 3:04-cr-00047-JKS |
| ) | |
| Plaintiff,            ) | NOTICE OF ATTORNEY |
| ) | APPEARANCE |
| v.            ) | |
| ) | |
| CHRISTOPHER LENIEAR,            ) | |
| ) | |
| Defendant.            ) | |
| ) | |

COMES NOW the United States by and through counsel and hereby gives notice that Assistant Karen Loeffler appear as counsel for the for Plaintiff United States of America in the above-entitled action. All future

correspondence in this matter should be sent to:

>KAREN LOEFFLER
>Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>222 West Seventh Avenue, Room 253, #9
>Anchorage, Alaska  99513-7567
>Phone: (907) 271-6306
>Fax: (907) 271-1500
>E-mail:  rettarae.randall@usdoj.gov

RESPECTFULLY SUBMITTED this 5th day of June, 2006 at

Anchorage, Alaska

>DEBORAH M. SMITH
>Acting United States Attorney


>s/Karen Loeffler
>Assistant U.S. Attorney
>222 West Seventh Ave., Room C-252
>Anchorage, Alaska 99513
>Phone (907) 271-5071
>Fax (907) 271-1500
>email: karen.loeffler@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2006
a copy of the foregoing was served
electronically on

Mark A. Rosenbaum

s/ Karen Loeffler