DEBORAH SMITH
Acting United States Attorney

KAREN L. LOEFFLER
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Ave., Room C-252
Anchorage, Alaska 99513
Phone (907) 271-5071
Fax (907) 271-1500
email: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:04-cr-00047-JKS |
| | ) |
| Plaintiff, | ) **JOINT MOTION FOR** |
| | ) **SCHEDULING** |
| v. | ) **CONFERENCE** |
| | ) |
| CHRISTOPHER LENIEAR, | ) |
| | ) |
| Defendant. | ) |
| | ) |

COME NOW the parties and jointly request that the court hold a scheduling conference in the above captioned case. The purpose of said conference would be to schedule further proceedings in this matter.

Defendant filed a petition pursuant to 28 U.S.C. §2255 on October 11, 2005. An order directing response was entered originally directing the government to respond by January 6, 2006. Defendant subsequently requested appointment of counsel which request was granted by the court. A scheduling conference was then held in front of the Magistrate Judge on April 21, 2006. No defense counsel was present and the court ordered to government to answer the petition but deferred setting a briefing schedule until a subsequent hearing. The government then requested an extension of time, until June 5, 2006, to file its answer.

Since that time, Mark Rosenbaum has entered an appearance on behalf of defendant and the case has been reassigned in the U.S. Attorney's Office to the undersigned counsel. The parties' counsel have conferred and jointly request a further scheduling and planning conference. Defense counsel has stated that he intends to file an amended petition, but is having difficulty getting the opportunity to communicate in a meaningful manner with his client. Government counsel would simply request that its response be due 30 days after any amended petition is filed or a notice is filed that no amended petition is forthcoming.

For these reasons the parties respectfully request a scheduling conference for the purpose of setting due dates for any amended petition and the government's

subsequent response.

RESPECTFULLY SUBMITTED June 5, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Karen Loeffler
Assistant U.S. Attorney
222 West Seventh Ave., Room C-252
Anchorage, Alaska 99513
Phone (907) 271-5071
Fax (907) 271-1500
email: karen.loeffler@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2006
a copy of the foregoing was served
electronically on

Mark A. Rosenbaum

s/ Karen Loeffler