DEBORAH SMITH
Acting United States Attorney

KAREN L. LOEFFLER
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Ave., Room C-252
Anchorage, Alaska 99513
Phone (907) 271-5071
Fax (907) 271-1500
email: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT


FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:04-cr-00047-JKS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHRISTOPHER LENIEAR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Having considered the motion filed by the United States to hold a scheduling

conference, IT IS HEREBY ORDERED that the hearing will take place on June

__, 2006 at _____ a.m. / p.m.

   **IT IS SO ORDERED**.

DATED:  _____                      _____
                                        JAMES K. SINGLETON
                                        UNITED STATES DISTRICT JUDGE