## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*United States v. Leniear*
Case No. 3:04-cr-00047-JKS

By:             THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:   Dan Maus, Case Management: 677-6123*

PROCEEDINGS:    ORDER FROM CHAMBERS

      Christopher Leniear seeks post-conviction relief from his federal conviction, pursuant to 28 U.S.C. § 2255.  Docket No. 42.  Mark Rosenbaum, Esq. has recently entered an appearance as counsel for Mr. Leniear.  Docket No. 55.  He seeks additional time to file an amended petition.  Recently, this Court withdrew a reference to the magistrate judge.  Docket No. 54.

      The Court will allow Mr. Rosenbaum until Friday, July 7, 2006, to file an amended petition.  If the petition is timely filed, the United States may file an answer within thirty days thereafter (Monday, August 7, 2006).  Failure to file a timely amended petition will be deemed a failure to prosecute and may result in the *sua sponte* dismissal of the original petition.

      The Court sees no need for a scheduling conference at this time; therefore, the request at **Docket No. 55** and the joint motion at **Docket No. 57** are **DENIED.**

      **IT IS SO ORDERED.**

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: June 7, 2006

\*   ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.
Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion.  *See* Fed. R. Civ. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b).  No one should telephone, fax, or write to chambers regarding pending cases.  The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.

F:\HOME\JUDGES\DOCS\SHARED\CR\D.AK 2004\A04-0047.003.wpd