NELSON P. COHEN
United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
(907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:04-CR-0047 (JKS) |
| | ) |
| Plaintiff, | ) |
| | ) STATUS REPORT |
| vs. | ) |
| | ) |
| CHRISTOPHER LENIEAR, | ) |
| | ) |
| Defendant. | ) |
| | ) |

COMES NOW the United States of America, by and through counsel, and submits this status report in the above captioned case.

Government counsel has consulted with trial counsel, John Pharr, who cannot remember the circumstances concerning whether Leniear asked him to file a notice of appeal without reviewing the file which is in the custody of present counsel.  The government's proposal is that Mr. Pharr review his file and the

government will then file a memorandum setting forth its position regarding the

appeal issue.  The government should be able to file such a memorandum within 30

days.  Defense counsel could then respond and the case would be ripe for either an

evidentiary hearing if there is a disputed issue of fact or a summary ruling based on

the filing.

RESPECTFULLY SUBMITTED this 13th day of October, 2006, in

Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Karen Loeffler
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
(907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov

Certificate of Service
I declare hereby certify that on October 13, 2006,
a copy of the foregoing was electronically served on:
:
Mark Rosenbaum, Esq.

  s/ Karen Loeffler
Assistant U.S. Attorney