LAW OFFICES OF MARK A. ROSENBAUM
4940 Byrd Lane, Suite 100
Anchorage, Alaska  99502
(907) 243-2400

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. No. 3:04-CR-0047-JKS |
| | ) | |
| Plaintiff, | ) | UNOPPOSED MOTION ON |
| | ) | SHORTENED TIME FOR |
| vs. | ) | ENLARGEMENT OF TIME TO |
| | ) | FILE MEMORANDUM IN |
| CHRIS LENIEAR, | ) | SUPPORT OF AMENDED |
| | ) | PETITION |
| Defendant. | ) | |
| | ) | |

COMES NOW Petitioner Chris Leniear, by and through the Law

Offices of Mark A. Rosenbaum, and hereby makes his unopposed  motion for an

enlargement of time to file a Memorandum of Points and Authorities in support of

the Amended Petition under 28 U.S.C. § 2255 in the above-captioned action to

thirty days following the government's filing of its affidavits requested by its status report filed October 13, 2006.

Counsel for the government has affirmatively indicated that there is no opposition to the enlargement sought herein.

DATED: 13 October 2006    Respectfully submitted,

                                  LAW OFFICES OF MARK A. ROSENBAUM
                                  Attorneys for Defendant

By:   s/ Mark A. Rosenbaum
       MARK A. ROSENBAUM
       4940 Byrd Lane, Suite 100
       Anchorage, Alaska  99502
       Voice: (907) 243-2400
       Fax: (907) 243-2609
       E-mail: mark.rosenbaum.law@gci.net
       Alaska Bar No. 8906033

I declare under penalty of perjury
that a true and correct copy of the
foregoing UNOPPOSED MOTION ON SHORTENED TIME FOR
ENLARGEMENT OF TIME TO FILE MEMORANDUM IN SUPPORT OF
AMENDED PETITION
was served upon

KAREN LOEFFLER
Assistant U.S. Attorney
222 W. 7th Ave., Rm. C-253
Anchorage, Alaska 99513

on October 15, 2006, via:

      ( )  U.S. Mail
      ( )  U.S. Mail Certified
      ( )  FAX
      ( )  Hand Delivery
      ( )  Hand Delivery to FPD Pickup Box
      ( )  Hand Delivery to USAO
      ( )  Private Messenger Service
      (X)  Email via CM/ECF

Executed at Anchorage, Alaska, on
October 15, 2006.


s/ Mark A. Rosenbaum