LAW OFFICES OF MARK A. ROSENBAUM
4940 Byrd Lane, Suite 100
Anchorage, Alaska  99502
(907) 243-2400

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. No. 3:04-CR-0047-JKS |
| | ) | |
| Plaintiff, | ) | |
| | ) | OBJECTIONS TO PRELIMINARY |
| vs. | ) | FINDINGS |
| | ) | |
| CHRIS LENIEAR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW Petitioner Chris Leniear, by and through the Law Offices of Mark A. Rosenbaum, and hereby objects to the Court's preliminary findings on the ground that petitioner was not adequately notified that his amended petition was not accepted for filing.

This objection is made on the ground that petitioner timely filed an amended petition for relief under 28 U.S.C. § 2255, but has now been advised it was submitted under the wrong Electronic Case Filing category, failing to use the category "Supplement," rather than the utilized designation of "Amended Motion." This error of counsel, if any, should not be held against the client.

Accordingly, petitioner respectfully requests that his Amended Petition be deemed filed *nun pro tunc* as of July 7, 2006, and any findings thereon be vacated pending briefing as to all issues raised therein.

DATED: 13 October 2006          Respectfully submitted,

                                                    LAW OFFICES OF MARK A. ROSENBAUM
                                                    Attorneys for Defendant

                                   By:   s/ Mark A. Rosenbaum
                                              MARK A. ROSENBAUM
                                              4940 Byrd Lane, Suite 100
                                              Anchorage, Alaska 99502
                                              Voice: (907) 243-2400
                                              Fax: (907) 243-2609
                                              E-mail: mark.rosenbaum.law@gci.net
                                              Alaska Bar No. 8906033

I declare under penalty of perjury
that a true and correct copy of the
foregoing OBJECTIONS TO PRELIMINARY FINDINGS
was served upon

KAREN LOEFFLER
Assistant U.S. Attorney
222 W. 7th Ave., Rm. C-253
Anchorage, Alaska 99513

on October 15, 2006, via:

    ( ) U.S. Mail
    ( ) U.S. Mail Certified
    ( ) FAX
    ( ) Hand Delivery
    ( ) Hand Delivery to FPD Pickup Box
    ( ) Hand Delivery to USAO
    ( ) Private Messenger Service
    (X) Email via CM/ECF

Executed at Anchorage, Alaska, on
October 15, 2006.



s/ Mark A. Rosenbaum