# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

*United States v. Leniear*
Case No. 3:04-cr-00047-JKS

By:             THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:   Robin Carter, Case Management: 677-6127*

PROCEEDINGS:    ORDER FROM CHAMBERS

The Court is in receipt of the status report filed by the government at Docket No. 63, in response to the Court's Order at Docket No. 62. The status report is **ACCEPTED**. The government shall file a memorandum setting forth its position by **Friday, November 17, 2006**. The Defendant shall be given an additional 30 days to respond. Thus, the unopposed motion on shortened time for enlargement of time at **Docket No. 64** is **GRANTED**, although the Court notes that the response should focus on the issues identified in the Order at Docket No. 62, and in the government's position memorandum, yet to be filed, and not simply a recapitulation of the amended 2255 petition. Defendant's response is due no later than **Monday, December 18, 2006**.

The Court is also in receipt of Docket No. 65, Objections to Preliminary Findings, filed by Defendant, and the refiled amended, supplemental 2255 petition at Docket No. 66. The Court understands that all involved are still becoming acquainted with the electronic filing system. However, it is clear from reading the Order at Docket No. 62, that the amended petition filed at Docket No. 59 (identical to the one resubmitted at Docket No. 66) was considered by the Court. The refiling of the petition at Docket No. 66 is thus somewhat moot, and will be considered a matter of housekeeping rather than substance.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: October 17, 2006

*       ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.

F:\HOME\JUDGES\DOCS\SHARED\CR\D.AK 2004\A04-0047.005.wpd