NELSON P. COHEN
United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:04-cr-47 (JKS) |
| | ) | |
| Plaintiff, | ) | MEMORANDUM RESPONSE |
| | ) | TO COURT'S ORDER AT |
| vs. | ) | DOCKET 67 |
| | ) | |
| CHRISTOPHER LENIEAR, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

COMES NOW THE UNITED STATES OF AMERICA, by and through counsel and submits its position as to defendant's claim that he was accorded ineffective assistance of counsel because counsel failed to file a notice of appeal despite his request to do so.

I.  INTRODUCTION

In its order at docket 62 the district court determined that defendant Christopher Leniear had failed to sustain his claims of ineffective assistance of counsel at his change of plea and at sentencing. The court went on to note that defendant had failed to develop the record with respect to his claim, "mentioned in passing," that his counsel was ineffective for failing to file a notice of appeal despite a request from Mr. Leniear.

In its order at docket 67 the court required the government to file a memorandum setting forth its position as to the notice of appeal issue by November 17, 2006. In response the government submits its position as follows.

Defendant has still not submitted an affidavit or declaration supporting his claim that he ever stated a wish to appeal, despite the appeal waiver contained in the plea agreement. However, assuming that this is his position, the government believes that the court should simply conduct an evidentiary hearing on the sole issue of whether Leniear requested that his attorney file a notice of appeal and whether the attorney failed to do so.

Government counsel has contacted Mr. Pharr. However, without the file Mr. Pharr was unable to recall whether Mr. Leniear requested that he file an appeal, or anything about such discussions. The file has now been delivered to Mr. Pharr, but the government does not have his answer yet on this point.

Regardless of whether a request was made, the government's position will be that in the face of a valid appeal waiver, defendant did not have, and still does not have the right to a merit appeal of the original sentence on this case.

RESPECTFULLY SUBMITTED this 17th day of November, 2006, in Anchorage, Alaska.

                        NELSON P. COHEN
                        United States Attorney

                        s/ Karen Loeffler
                        Assistant U.S. Attorney
                        Federal Building & U.S. Courthouse
                        222 West Seventh Avenue, #9
                        Anchorage, Alaska  99513-7567
                        (907) 271-5071
                        Fax: (907) 271-1500
                        email: karen.loeffler@usdoj.gov

Certificate of Service
I declare hereby certify that on November 17, 2006,
a copy of the foregoing was electronically served on:
:
Mark Rosenbaum, Esq.

  s/ Karen Loeffler
Assistant U.S. Attorney