LAW OFFICES OF MARK A. ROSENBAUM
4940 Byrd Lane, Suite 100
Anchorage, Alaska  99502
(907) 243-2400

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:04-CR-0047-JKS |
| | ) | |
| Plaintiff, | ) | UNOPPOSED MOTION ON |
| | ) | SHORTENED TIME (EXPEDITED) |
| vs. | ) | TO UNSEAL TRANSCRIPTS |
| | ) | |
| CHRIS LENIEAR, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW Defendant and Petitioner Chris Leniear, by and through the Law Offices of Mark A. Rosenbaum, and hereby makes his unopposed motion on shortened time to unseal the transcripts of his Proposed Change of Plea held on or about August 16, 2004; Imposition of Sentence held on or about December 2, 2005; and Status Conference (IOS) held on or about January 6, 2006.

This motion is made on the ground that although counsel placed a transcript order sometime ago, it appears that the proposed change of plea and imposition of sentence proceedings are sealed, and therefore can not be provided until they are unsealed.

Accordingly, because the present § 2255 proceeding can not move forward without those reporter's transcripts,   this motion to unseal them is unopposed by counsel for the government.

DATED: November 30, 2006    Respectfully submitted,

        LAW OFFICES OF MARK A. ROSENBAUM
        Attorneys for Defendant


By:    s/ Mark A. Rosenbaum
       MARK A. ROSENBAUM
       4940 Byrd Lane, Suite 100
       Anchorage, Alaska  99502
       Voice: (907) 243-2400
       Fax: (907) 243-2609
       E-mail: mark.rosenbaum.law@gci.net
       Alaska Bar No. 8906033

_____

IT IS SO ORDERED.

Dated: _____    _____
                           U.S. District/Magistrate Judge

I declare under penalty of perjury that a true and correct copy of the foregoing **UNOPPOSED MOTION ON SHORTENED TIME (EXPEDITED) TO UNSEAL TRANSCRIPTS**

was served upon

Karen Loeffler
Assistant U.S. Attorney
222 W. 7th Ave., Rm. C-253
Anchorage, Alaska 99513

on November 30, 2006, via:

      ( ) U.S. Mail
      ( ) U.S. Mail Certified
      ( ) FAX
      ( ) Hand Delivery to the USAO
      ( ) Private Messenger Service
      (X) Email via CM/ECF

Executed at Anchorage, Alaska, on November 30, 2006.


 s/ Mark A. Rosenbaum