LANCE C. WELLS
733 w. 4TH Avenue, Suite 308
Anchorage, Alaska  99501
(907) 274-9696
Fax: (907) 277-9859
Email: lwells@gci.net

Attorneys for Defendant
Chris Leniear

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:04-CR-0047-JKS |
| | ) | |
| Plaintiff, | ) | NOTICE OF |
| | ) | SUBSTITUTION OF COUNSEL |
| vs. | ) | AND |
| | ) | ENTRY OF APPEARANCE |
| CHRIS LENIEAR., | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW Lance C. Wells, Attorney-at-Law, and with the defendant's consent previously obtained, hereby gives notice of substitution for The Law Offices of Mark A. Rosenbaum, by and through Mark A. Rosenbaum, Attorney-at-Law, as counsel of record for Defendant Chris Leniear.  All further pleadings and correspondence, etc., should be sent to counsel at the following address.

> LANCE C. WELLS
> 733 w. 4TH Avenue, Suite 308
> Anchorage, Alaska  99501
> (907) 274-9696
> Fax: (907) 277-9859
> Email: lwells@gci.net

DATED: 26 January 2007        Respectfully submitted,

> LANCE C. WELLS
> Attorney for Defendant
>
> s/ Lance C. Wells
> 733 w. 4TH Avenue, Suite 308
> Anchorage, Alaska  99501
> (907) 274-9696
> Fax: (907) 277-9859
> Email: lwells@gci.net
> Alaska Bar No. 9206045

I declare under penalty of perjury
that a true and correct copy of the
foregoing **NOTICE OF SUBSTITUTION OF COUNSEL AND**
**ENTRY OF APPEARANCE**
was be served upon

KAREN LOEFFLER
Assistant U.S. Attorney
222 W. 7th Ave., Rm. C-253
Anchorage, Alaska 99513

MARK A. ROSENBAUM
Attorney at-Law
4940 Byrd Lane, Suite 100
Anchorage, Alaska 99502


on January 26, 2007, by one or more of the following means:

    ( ) U.S. Mail
    ( ) U.S. Mail Certified
    ( ) FAX
    ( ) Hand Delivery
    ( ) Hand Delivery to FPD Pickup Box
    ( ) Hand Delivery to USAO
    ( ) Private Messenger Service
    (X) Email via CM/ECF

Executed at Anchorage, Alaska, on
January 26, 2007.

_____