LANCE C. WELLS
733 w. 4TH Avenue, Suite 308
Anchorage, Alaska  99501
(907) 274-9696
Fax: (907) 277-9859
Email: lwells@gci.net

Attorneys for Defendant
Chris Leniear

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:04-CR-0047-JKS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEAL |
| vs. | ) | |
| CHRIS LENIEAR., | ) | |
| Defendant. | ) | |

COMES NOW Defendant Chris Leniear by and through Lance C. Wells, Attorney-at-Law, and and  pursuant to Rule 4(b), F.R.A.P., and 18 U.S.C. § 3742,  hereby gives notice of  appeal to the United States Court of Appeals for the Ninth Circuit from the judgment entered on January 16, 2007, for review of the

conviction, sentence and judgment imposed in the above-captioned action by the United States District Court for the District of Alaska.

DATED: 26 January 2007        Respectfully submitted,

                                      LANCE C. WELLS
                                      Attorney for Defendant

                                      s/ Lance C. Wells
                                      733 w. 4TH Avenue, Suite 308
                                      Anchorage, Alaska  99501
                                      (907) 274-9696
                                      Fax: (907) 277-9859
                                      Email: lwells@gci.net
                                      Alaska Bar No. 9206045

I declare under penalty of perjury that a true and correct copy of the foregoing **NOTICE OF APPEAL** was be served upon

KAREN LOEFFLER
Assistant U.S. Attorney
222 W. 7th Ave., Rm. C-253
Anchorage, Alaska 99513

on January 26, 2007, by one or more of the following means:

    ( ) U.S. Mail
    ( ) U.S. Mail Certified
    ( ) FAX
    ( ) Hand Delivery
    ( ) Hand Delivery to FPD Pickup Box
    ( ) Hand Delivery to USAO
    ( ) Private Messenger Service
    (X) Email via CM/ECF

Executed at Anchorage, Alaska, on January 26, 2007.


   s/Lance C. Wells
   _____