LANCE C. WELLS
733 w. 4TH Avenue, Suite 308
Anchorage, Alaska 99501
(907) 274-9696
Fax: (907) 277-9859
Email: lwells@gci.net

Attorneys for Defendant
Chris Leniear

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:04-CR-0047-JKS |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF FILING PROPOSED |
| vs. | ) | ORDER RE: SUBSTITUTION OF |
| | ) | COUNSEL |
| CHRIS LENIEAR., | ) | |
| | ) | |
| Defendant. | ) | |

      COMES NOW Defendant Chris Leniear by and through Lance C. Wells, Attorney-at-Law, and hereby gives notice of the filing of the attached proposed order regarding substitution of counsel.

DATED: 29 January 2007        Respectfully submitted,

                                            LANCE C. WELLS
                                            Attorney for Defendant

                                            <u>s/ Lance C. Wells</u>
                                            733 w. 4TH Avenue, Suite 308
                                            Anchorage, Alaska  99501
                                            (907) 274-9696
                                            Fax: (907) 277-9859
                                            Email: lwells@gci.net
                                            Alaska Bar No. 9206045

I declare under penalty of perjury
that a true and correct copy of the
foregoing **NOTICE OF FILING PROPOSED ORDER
RE: SUBSTITUTION OF COUNSEL**
was be served upon

KAREN LOEFFLER
Assistant U.S. Attorney
222 W. 7th Ave., Rm. C-253
Anchorage, Alaska 99513

on January 29, 2007, by one or more of the following means:

    ( ) U.S. Mail
    ( ) U.S. Mail Certified
    ( ) FAX
    ( ) Hand Delivery
    ( ) Hand Delivery to FPD Pickup Box
    ( ) Hand Delivery to USAO
    ( ) Private Messenger Service
    (X) Email via CM/ECF

Executed at Anchorage, Alaska, on
January 29, 2007.


    s/Lance C. Wells