LANCE C. WELLS
733 w. 4TH Avenue, Suite 308
Anchorage, Alaska  99501
(907) 274-9696
Fax: (907) 277-9859
Email: lwells@gci.net

Attorneys for Defendant
Chris Leniear

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:04-CR-0047-JKS |
| | ) | |
| Plaintiff, | ) | |
| | ) | PROPOSED ORDER RE: |
| vs. | ) | SUBSTITUTION OF COUNSEL |
| | ) | |
| CHRIS LENIEAR., | ) | |
| | ) | |
| Defendant. | ) | |

      WITH THE consent of the defendant, Lance C. Wells, Attorney-at-Law, is hereby substituted as counsel of record for Defendant Chris Leniear.

DATED: _____     _____
                                         U.S. District/Magistrate Judge