**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| USA, | ) |
|      Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CHRIS LENIEAR, | ) |
|      Defendant. | ) |
| _____) | **Case No.  3:04-CR-0047-JKS** |

## SUPERSEDING ENTRY OF APPEARANCE

COMES NOW LANCE C. WELLS of the LAW OFFICES OF LANCE C.

WELLS, P.C. and herby files this superseding entry of appearance in the above matter.

Please direct all documents, pleadings and telephone calls to the below number or

address.

Dated: 01/29/07     Law Offices of Lance C. Wells, P.C.

          By: _____/s_____
           Lance c. Wells
           Tel 907/274/9696
           Fax 907/277/9859
           Email lwells@gci.net
           733 W. 4th Avenue, Suite 308
           Anchorage, AK. 99501

## Certificate of Service

On 01/29/07, a copy of this document was served via electronic means to the

below parties:

Ms. Karen Loeffler, AUSA

By: __/s_____
   Lance C. Wells