IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA, )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>CHRIS LENIEAR, )<br>    Defendant. )<br>_____ ) | Case No.  3:04-CR-0047-JKS |

**NOTICE OF ATTACHMENT**

    COMES NOW LANCE C. WELLS of the LAW OFFICES OF LANCE C. WELLS, P.C. and herby files this "Notice of Attachment" in the form of the signature page from undersigned counsel as it relates to the substitution of counsel previously filed at docket number 76 by Mr. Mark Rosenbaum.

Dated: 01/31/07                  Law Offices of Lance C. Wells, P.C.

                                            By: \_\_\_\_\_/s_____
                                                 Lance c. Wells
                                                 Tel 907/274/9696
                                                 Fax 907/277/9859
                                                 Email lwells@gci.net
                                                 733 W. 4th Avenue, Suite 308
                                                 Anchorage, AK. 99501

**Certificate of Service**

    On 01/31/07, a copy of this document was served via electronic means to the below parties:

    Ms. Karen Loeffler, AUSA
    Mr. Mark Rosenbaum, Esq.

    By: \_\_/s_____
          Lance C. Wells