DATED: 29 January 2007				Respectfully Submitted,

						LANCE C. WELLS
						Attorney for Defendant


						s/ Lance C. Wells
						733 W. 4th Avenue, Suite 308
						Anchorage, AK. 99501
						(907) 274-9696
						Fax: (907) 277-9859
						Email lwells@gci.net
						Alaska Bar # 9206045