Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>              Plaintiff,     )<br>                              )<br>     v.                       )<br>                              )<br>CHRISTOPHER LENIEAR,          )<br>                              )<br>              Defendant.     )<br>_____) | Case No. 3:04-cr-0047-JKS |

**MOTION TO UNSEAL**

*[Filed on shortened time.]*

COMES NOW LANCE C. WELLS of the LAW OFFICES OF LANCE C. WELLS, P.C. and hereby files this motion, on shortened time, to unseal various documents filed with this court, as well as information pertaining to various sealed hearings. I have been appointed recently to represent Mr. Leniear on appeal to the Ninth Circuit.

This motion is supported by the attached affidavit of counsel filed herewith. A proposed order for this court's signature is attached hereto.

DATED this 9th day of February 2007.

LAW OFFICES OF LANCE C. WELLS, P.C.

<u>s/Lance C. Wells</u>
Attorneys for Christopher Leniear
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: <u>lwells@gci.net</u>
AK # 9206045

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
February 9, 2007, a copy
of the foregoing was served
electronically:

Kevin R. Feldis
Asst. U.S. Attorney

<u>s/Lance C. Wells</u>