Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTOPHER LENIEAR, )<br>)<br>Defendant. )<br>_____) | Case No. 3:04-cr-0047-JKS |

**ORDER ON MOTION TO UNSEAL**

*[Filed on shortened time.]*

The court having considered defendant's motion to unseal,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that all sealed documents shall be made available to Mr. Leniear's counsel, Lance C. Wells of the LAW OFFICES OF LANCE C. WELLS, P.C.

IT IS FURTHER ORDERED that Mr. Wells shall have access and information pertaining to any and all sealed hearings in this matter.

DATED at Anchorage, Alaska, this ___ day of ____ 2007.

```
                                    _____
                                    U.S. District Court Judge
```

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
February 9, 2007, a copy
of the foregoing was served
electronically:

Kevin R. Feldis
Asst. U.S. Attorney

s/Lance C. Wells