Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CHRISTOPHER LENIEAR, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case No. 3:04-cr-0047-JKS |

**AFFIDAVIT OF LANCE C. WELLS**

STATE OF ALASKA          )
                         ) ss.
THIRD JUDICIAL DISTRICT  )

***[Filed on shortened time.]***

I, Lance Wells, depose and state as follows:

1.   I am the attorney of record for Mr. Christopher Leniear.

2.   I was recently appointed to represent him pursuant to the CJA.

3.   I have been appointed to represent Mr. Leniear on appeal of his matters before the Ninth Circuit.

4.   I have recently received my order for time schedule from this court.

5.   The date the transcripts are to be ordered from the

court is set for February 16, 2007.

6. Upon my appointment, I obtained a copy of the docket print-out, as well as having recently received the files from Mr. Rosenbaum, and former attorney John Pharr.

7. I have reviewed the documents, as well as the docketing statement.

8. According to the docketing statement, various hearings and filings were sealed.

9. It is imperative that I be able to review these documents, and learn of what transpired during the hearings so as to evaluate whether or not the information needs to be transcribed for appeal.

10. I am requesting the following be unsealed: docket #10 dated 5/19/04, docket #11 dated 5/19/04, docket #12 dated 5/26/04, docket #23 dated 8/16/04, docket #24 dated 8/20/04, docket #25 dated 8/23/04, docket #26 dated 8/24/04, docket #27 dated 8/25/04, docket #29 dated 11/8/04, docket #30 dated 11/9/04, docket #37 dated 1/13/05, docket #37 dated 1/18/05, and docket #37 dated 1/18/05: all sealed documents and proceedings.

11. It is necessary that I review these documents and/or review what transpired in the sealed hearings, in order to comply with the court's order for time schedule. I am requesting this court act upon my motion on shortened time. I believe that shortened time is warranted due to the filing date of my designation of transcript of February 16, 2007.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska, this 9th day of February 2007.

LAW OFFICES OF LANCE C. WELLS, P.C.

s/ Lance C. Wells
Lance C. Wells
Alaska Bar No. 9206045
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net

SUBSCRIBED AND AFFIRMED before me this 9th day of February 2007, at Anchorage, Alaska.

By:_____s/Sharon R. Leippi_____
    Notary Public in & for Alaska
    My commission expires: June 8/10

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
February 9, 2007, a copy
of the foregoing was served
electronically:

Kevin R. Feldis
Asst. U.S. Attorney

s/Lance C. Wells