IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br>  vs.<br>CHRISTOPHER LENIEAR,<br>                Defendant. | Case No. 3:04-CR-00047-JKS<br><br>O R D E R |

The Court, having considered Defendant's Motion to Unseal at Docket No. 82, filed on shortened time,

**IT IS HEREBY ORDERED**, that all sealed documents shall be made available to Mr. Leniear's counsel, Lance C. Wells of the LAW OFFICES OF LANCE C. WELLS, P.C.  Mr. Wells shall have access and information pertaining to any and all sealed hearings in this case.

Dated at Anchorage, Alaska, this 9th day of February, 2007.

                                                  /s/ James K. Singleton, Jr.
                                                 **JAMES K. SINGLETON, JR.**
                                                     United States District Judge