**UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**
**TRANSCRIPT DESIGNATION FORM**

U.S. Court of Appeals # _Not yet Assigned_   U.S. District Court # _3:04-CR-47 JKS_

Short Case Title _USA v. Christopher Liniear_

Date Notice of Appeal Filed by Clerk of District Court _1/26/07_

**RECEIVED FEB 14 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.**

**Section A - To Be completed by Party Ordering Transcript**

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| | | VOIR DIRE |
| | | OPENING STATEMENTS |
| | | SETTLEMENT INSTRUCTIONS |
| | | CLOSING ARGUMENTS |
| | | JURY INSTRUCTIONS |
| 8/23/04 | Elisa Singleton | PRE-TRIAL PROCEEDINGS _Change 1/7/con_ |
| 1/6/05 | Elisa Singleton | OTHER _Sentencing_ |

(Attach Additional Page for Designations if Necessary)

( ) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).

( ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

(X) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered _2/16/07_   Estimated Date for Completion _3/18/07_
Signature of Attorney _FC Wells_   Phone Number _274-9696_
Address _733 W. 4th #308_
_Anch, AK 99501_

**Section B - To Be Completed by Court Reporter**

I, _____, have received this designation.
(Signature of Court Reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

Approximate Number of Pages _____ Due Date _____

**Section C - To Be Completed by Court Reporter**

Date Transcript Filed _____ Court Reporter's Signature _____

(Trscrpt.des 11/96)