NELSON P. COHEN
United States Attorney

JO ANN FARRINGTON
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: jo.ann.farrington2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    vs.<br><br>CHRISTOPHER LENIEAR,<br><br>                  Defendant. | ) No. 3:04-cr-00047-JKS<br>)<br>)<br>) **MOTION TO UNSEAL**<br>) **TRANSCRIPT OF**<br>) **PROCEEDINGS AS TO**<br>) **CHRISTOPHER LENIEAR**<br>) **FILED ON SHORTENED TIME**<br>)<br>)<br>)<br>) |

COMES NOW the United States of America, by and through counsel and hereby moves this court for an order unsealing the transcripts of the proposed change of plea proceeding held on August 20, 2004 and sealed on March 16, 2007 at docket 88 in the above-captioned case for the purpose of providing counsel with a transcript for use in the defendant's appeal case.

The government therefore requests that the transcript be ordered unsealed solely for the purpose of obtaining the transcript for use in the defendant's appeal case.

RESPECTFULLY SUBMITTED this 17$^h$ day of May, 2007, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Jo Ann Farrington
JO ANN FARRINGTON
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: jo.ann.farrington2@usdoj.gov

I certify that a copy of the foregoing
motion was sent via ECF to:

Lance C. Wells
lwells@gci.net

s/Danielle Newberry
Legal Assistant