IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>CHRISTOPHER LENIEAR,<br><br>        Defendant. | ) No. 3:04-cr-00047-JKS<br>)<br>)<br>) **[PROPOSED]**<br>) **ORDER UNSEALING**<br>) **TRANSCRIPT**<br>)<br>)<br>)<br>)<br>) |

Having considered the government's motion to unseal the transcript in this case solely for the purpose of obtaining a copy to be used by counsel for use in the criminal appeal of the defendant, IT IS HEREBY ORDERED that the transcript of the proposed change of plea proceeding entered in this case shall be unsealed solely for that purpose. The Clerk of Court is hereby directed to provide a copy of the transcript to the government.

    IT IS SO ORDERED.

    DATED this ____ day of May, 2007 at Anchorage, Alaska.

                                                                _____
                                                              United States District Judge