UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>CHRISTOPHER LENIEAR,<br><br>    Defendant - Appellant. | No. 07-30050<br>D.C. No. CR-04-00047-1-JKS<br><br>**JUDGMENT** |

RECEIVED
FEB 1 9 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Appeal from the United States District Court for the District of Alaska (Anchorage).

On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is **DISMISSED**.

Filed and entered 01/18/08

A TRUE COPY
CATHY A. CATTERSON
CLERK OF COURT
ATTEST

FEB 1 1 2008

by: _____
       Deputy Clerk