IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHRISTOPHER LENIEAR,<br><br>　　　　Defendant. | Case No. 3:04-cr-00047-JKS<br><br><br><br>ORDER STAYING ACTION |

On February 25, 2008, Christopher Leniear, representing himself, filed a motion for re-sentencing under 28 U.S.C. § 3582(c), in light of the new sentencing guidelines with respect to "crack" cocaine.[1]

As recently explained by the Supreme Court in *Kimbrough v. United States*, the guidelines were changed, effective November 1, 2007, to reduce "the base offense level associated with each quantity of crack by two levels."[2] The Supreme Court noted, at the time, that "[t]he Commission has not yet determined whether the

---

[1] *See* Docket No. 97.

[2] *Kimbrough v. United States*, 128 S.Ct. 558, 569 (2007), citing <u>Amendments to the Sentencing Guidelines for United States Courts</u>, 72 Fed.Reg. 28571-28572 (2007).

amendment will be retroactive to cover defendants like Kimbrough."[3] Since that case was decided, it has been determined that the guidelines will become retroactive on March 3, 2008.[4] Therefore, Mr. Leniear's motion is premature.

**IT IS THEREFORE ORDERED that:**

1. The motion for re-sentencing, at docket number 97, is denied with leave to re-file on or after **March 3, 2008**.

2. The Clerk of Court is directed to send this Court's form USDCA 40, Application for Appointment of Counsel, and a form CJA 23, Financial Affidavit, to Mr. Leniear with a copy of this Order. Mr. Leniear may file an application for counsel with the new motion for re-sentencing.

DATED this 27h day of February, 2008, at Anchorage, Alaska.

/s/ JAMES K. SINGLETON, JR.
United States District Judge

---

[3] *Id*. at n. 11.

[4] *See United States v. Ross*, 511 F.3d 1233, 1237 n. 2 (9th Cir. 2008) ("On March 3, 2008, time reductions for crack cocaine offenders sentenced prior to November 1, 2007, will be authorized pursuant to 18 U.S.C.A. § 3582(c) (2)").