UNITED STATES DISTRICT COURT

For the District of Alaska

RECEIVED
MAR 11 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Christopher Leniear            )
                               )
    Petitioner,                )
                               )
vs.                            )   Case# 3:04CR00047(JKS)
                               )
UNITED STATES OF AMERICA,      )
                               )
    Respondent.                )

**MOTION TO MODIFY SENTENCE**

Comes Now, the Petitioner Christopher Leniear Pro-Se, and moves this Honorable Court for an order to Modify Petitioner Sentence pursuant to 18 U.S.C. § 3582. In support of said requests Petitioner states as follows:

Pursuant to 18 USCS § 3582(c)(2). District Courts may modify a Term of Imprisonment; In the case of a defendant who has been Sentenced to a Term of Imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. 994(o), upon Motion of the defendant or the Director of the Bureau of Prisons, or on its own Motion, the Court may reduce the term of imprisonment after considering factors set forth in Section 3553(a) to the extent that they are applicable, if such a reduction is consistent with applicable Policy Statements issued by the Sentencing Commission. Also see, <u>U.S. v. Brown</u> 104 F.3d 1254 (11th Cir. 1997); <u>U.S. v. Legree</u> 205 F.3d 724 (4th Cir. 2000); <u>U.S. v. Forty Estremera</u> 498 F.Supp.2d 468 (2007).

1

## CONCLUSION

Wherefore, for all the reason stated above, Petitioner respectfully Prays this Honorable Court to Grant this Motion and enter an Order of Modifying Petitioner Sentences in light of the Sentencing Commission's recent Amendments. Petitioner further seeks any and all other relief to which he is entitled.

Dated: 3-7-2008                              Respectfully submitted,

                                             *Chris Leniear*
                                             Christopher Leniear 14946-006
                                             Federal Medical Center
                                             P.O. Box 14500
                                             Lexington, KY 40512-4500

CERTIFICATE OF SERVICE

The undersigned Certifies that he sent the Original and two copies of the attached <u>MOTION TO MODIFY SENTENCE</u> to the Clerk of the Court, by first class U.S. Mail postage prepaid and addressed to:

    Clerk of the Court
    Federal building /US Courthouse
    222 W. Seventh Avenue
    Anchorage, Alaska 99513-7567

and that he served one copy upon the United States Attorney by sending same via first class U.S. Mail, postage prepaid and addressed to:

    United States Attorney
    Federal building /US Courthouse
    222 W. Seventh Avenue #9
    Anchorage, Alaska 99513-7567

by depositing them in the Prison Mail Service on the __7__ day of March 2008

                                              _/s/ Chris Leniear_
                                              Christopher Leniear



Chris Lemieux
14946-006 Card-unit
Federal Medical Center Lexington
P.O. Box 14500
Lexington, Kentucky 40512-4500

Legal Mail

Clerk of the Court
Federal Building/U.S. Courthouse
222 W. 7th Avenue
Anchorage, Alaska 99513-7567