IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>CHRISTOPHER LENIEAR,<br><br>  Defendant. | Case No. 3:04-cr-00047-JKS-1<br><br>ORDER DIRECTING<br><u>SERVICE AND RESPONSE</u> |

On March 11, 2008, Christopher Leniear, representing himself, filed a motion for re-sentencing under 28 U.S.C. § 3582(c), in light of the new sentencing guidelines with respect to "crack" cocaine.[1]

As recently explained by the Supreme Court in *Kimbrough v. United States*, the guidelines were changed, effective November 1, 2007, to reduce "the base offense level associated with each quantity of crack by two levels."[2]  The Supreme

---

[1] *See* Docket No. 99.

[2] *Kimbrough v. United States*, 128 S.Ct. 558, 569 (2007), citing <u>Amendments to the Sentencing Guidlines for United States Courts</u>, 72 Fed.Reg. 28571-28572 (2007).

Court noted, at the time, that "[t]he Commission has not yet determined whether the amendment will be retroactive to cover defendants like Kimbrough."[3]  Since that case was decided, it has been determined that the guidelines became retroactive on March 3, 2008.[4]

**IT IS THEREFORE ORDERED that:**

1. The Clerk shall make sure that the United States Attorney has been served with a copy of docket numbers 99-100, as well as this Order.

2. The Clerk of Court is directed to send this Court's form USDCA 40, Application for Appointment of Counsel, and a form CJA 23, Financial Affidavit, to Mr. Leniear with a copy of this Order.  Mr. Leniear may file an application for counsel on or before **April 2, 2008**.

3. The Government is permitted to file a response to the motion for re-sentencing within thirty days of the date of this Order.[5]

4. Mr. Leniear may file a reply within thirty days of the filing of the response.

---

[3] *Id*. at n. 11.

[4] *See United States v. Ross*, 511 F.3d 1233, 1237 n. 2 (9th Cir. 2008) ("On March 3, 2008, time reductions for crack cocaine offenders sentenced prior to November 1, 2007, will be authorized pursuant to 18 U.S.C.A. § 3582(c) (2)").

[5] If counsel is appointed, the Court will give counsel an opportunity to file an amended petition, and may set a new timetable.

5. A date for imposition of re-sentencing is set for **Tuesday, May 28, 2008, at 10:00 AM in Courtroom 4 at Anchorage, Alaska.**

DATED this 18th day of March 2008, at Anchorage, Alaska.

<u>/s/ JAMES K. SINGLETON, JR.</u>
United States District Judge