NELSON P. COHEN
United States Attorney

KEVIN FELDIS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: kevin.feldis@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:04-cr-00047-JKS |
| | ) | |
| Plaintiff, | ) | NOTICE OF ATTORNEY APPEARANCE |
| | ) | |
| vs. | ) | |
| | ) | |
| CHRISTOPHER LENIEAR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States by and through counsel and hereby gives notice that Assistant United States Attorney Kevin Feldis now appears as counsel for the for United States of America in the above-entitled action. All future correspondence in this matter should be sent to:

KEVIN FELDIS
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: kevin.feldis@usdoj.gov

In addition, the government requests that the Court no longer serve pleadings in the above-captioned case on AUSA Karen Loeffler now that the undersigned is appearing as counsel in this case.

RESPECTFULLY SUBMITTED this 18th day of March, 2008 at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Kevin Feldis
KEVIN FELDIS
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3668
Fax: (907) 271-1500
E-mail: kevin.feldis@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2008 a copy of the foregoing NOTICE OF ATTORNEY APPEARANCE was served electronically on:

Lance C. Wells
Counsel for the Defendant

s/ Kevin Feldis
Assistant U.S. Attorney