Christopher Leniear
Name

P.O. Box 14500

Lexington, KY 40512
Address

_____
Telephone Number

RECEIVED
MAR 28 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

U.S.A.,

Plaintiff/Petitioner,

vs,

Christopher Leniear,

Defendant/Respondent.

CASE NO. 3:04-cr-00047-JKS-1

MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff/Petitioner moves this Court for appointment of counsel. Plaintiff/Petitioner makes this request for the reason that s/he is financially unable to retain an attorney and requires the assistance of counsel.

This motion is supported by the Financial Affidavit in Support of Request for Attorney attached hereto.

Dated: 3-24-08

_____
Plaintiff/Petitioner

Appt. Counsel
Effect. 5/97

Christopher Lonigan
14946-006 card unit
Federal Medical Center Lexington
P.O. Box 14500
Lexington, Kentucky 40512-4500

LEXINGTON KY 405
25 MAR 2008 PM 3 T

"LET US DARE TO THINK SPEAK"
John Adams, 1765

USA FIRST-CLASS FOREVER

United States District Court
District of Alaska Federal Building
Clerk of the Clerk
222 W. 7th Avenue #4
Anchorage, Alaska 99513-7564

99513