IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHRISTOPHER LENIEAR,<br><br>　　　　Defendant. | Case No. 3:04-cr-00047-JKS<br><br><u>ORDER APPOINTING COUNSEL</u> |

Christopher Leniear has filed a motion for appointment of counsel, and the Federal Public Defender has designated attorney Allan Beiswenger to represent Mr. Leniear in his re-sentencing under 28 U.S.C. § 3582(c).[1]

**IT IS THEREFORE ORDERED that:**

1. The Clerk shall make sure that the United States Attorney has been served with a copy of docket numbers 103-105, along with this Order.

2. Mr. Leniear's application for appointment of counsel, at Docket Ho. 104, is GRANTED, and Allan Beiswenger is appointed to represent Mr. Leniear in this matter.

DATED this 3rd day of April 2008, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　/s/JAMES K. SINGLETON, JR.
　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] *See* Docket Nos. 103, 104, 105.