IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CHRISTOPHER LENIEAR, ) | 3:04-CR-00047-JKS-1 |
| ) | |
| Defendant(s). ) | |
| ) | |

## NOTICE REGARDING MOTION FOR RESENTENCING

Comes now the Defendant, Christopher Leniear, through his appointed counsel, Allan Beiswenger, and hereby gives notice to the Court regarding the status of Defendant's Motion for Resentencing, filed pursuant to 28 U.S.C. Sec. 3582(c). Undersigned counsel has discussed the matter with Assistant United States Attorney Kevin Feldis in an effort to reach a stipulation regarding an appropriate sentence given the retroactive application of amendments for "crack" cocaine offenses, or what other action the Court should take. At this time, no agreement has been reached, but discussions will continue as counsel's respective workloads allow. The parties will notify the Court on or prior to May 5, 2008, as to whether an agreement has been reached and what further proceedings they believe are required.

Respectfully submitted this 22nd day of April, 2008.

LAW OFFICES OF
ALLAN BEISWENGER
Attorney for Defendant
CHRISTOPHER LENIEAR
s/ Allan Beiswenger

Allan Beiswenger
Attorney at Law
1101 W 7th Ave.
Anchorage, AK 99501
(907) 868-1280
Fax (907) 258-6419

1
2
3
4

1101 W 7th Avenue
Anchorage, AK 99501
Phone: (907) 868-1280
Fax: (907) 258-6419
E-mail: beiswenger@ak.net
Alaska Bar No. 7706074

5  **CERTIFICATE OF SERVICE**

6  I hereby certify that on the 22nd day of April, 2008, a copy of the foregoing was served electronically on Kevin Feldis of the U.S. Attorney's Office.

7

8

s/Allan Beiswenger

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25