NELSON P. COHEN
United States Attorney

KEVIN FELDIS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513
Phone:(907) 271-5071
Fax: (907) 271-1500
E-mail: kevin.feldis@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:04-cr-00047-JKS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CHRISTOPHER LENIEAR, | ) | GOVERNMENTS' |
| | ) | RESPONSE TO MOTION |
| Defendant. | ) | FOR RE-SENTENCING |
| | ) | |
| | ) | |

COMES NOW the United States of America and responds to defendant's motion for re-sentencing under 28 U.S.C. § 3582 that the parties are currently discussing Mr. Leniear's motion for re-sentencing to determine whether they can reach a proposed agreement, whether the United States will oppose Mr. Leniear's motion, or whether recently appointed counsel Mr. Beiswenger will seek to

supplement Mr. Leniear's motion. Notice of these discussions is also being filed by Mr. Leniear. In the meantime, the United States respectfully requests that the court provide the parties until May 5, 2008 to further respond.

RESPECTFULLY SUBMITTED this 22nd day of April, 2008, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney


s/ Kevin Feldis
KEVIN FELDIS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513
Phone:(907) 271-5071
Fax: (907) 271-1500
E-mail: kevin.feldis@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2008
a copy of the foregoing **GOVERNMENT'S
RESPONSE TO MOTION FOR RE-
SENTENCING** was served electronically on:

Allan Beiswenger
Counsel for Defendant


s/ Kevin Feldis
Assistant U.S. Attorney