IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:04-cr-00047-JKS |
| | ) |
| Plaintiff, | ) |
| | ) **[PROPOSED] ORDER** |
| vs. | ) **GRANTING GOVERNMENT'S** |
| | ) **RESPONSE TO MOTION FOR** |
| CHRISTOPHER LENIEAR, | ) **RE-SENTENCING** |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

Having considered the government's request to continue the filing deadlines in this case until May 5, 2008, IT IS HEREBY ORDERED that the government's motion is GRANTED.

DATED this ____ day of April, 2008, at Anchorage, Alaska.

_____
JAMES K. SINGLETON
United States District Court Judge