IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:04-cr-00047-JKS |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER GRANTING** |
| vs. ) | **GOVERNMENT'S RESPONSE** |
| ) | **TO MOTION FOR RE-** |
| CHRISTOPHER LENIEAR, ) | **SENTENCING** |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

Having considered the government's request to continue the filing deadlines in this case until May 5, 2008, IT IS HEREBY ORDERED that the government's motion is GRANTED.

DATED this 23rd day of April 2008, at Anchorage, Alaska.

   /s/James K. Singleton, Jr.
JAMES K. SINGLETON, JR.
United States District Court Judge