NELSON P. COHEN
United States Attorney

KEVIN FELDIS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513
Phone:(907) 271-5071
Fax: (907) 271-1500
E-mail: kevin.feldis@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:04-cr-00047-JKS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CHRISTOPHER LENIEAR, | ) | UN-OPPOSED MOTION |
| | ) | FOR EXTENSION OF TIME |
| Defendant. | ) | TO FILE RESPONSE |
| | ) | |
| | ) | FILED ON SHORTENED TIME |

COMES NOW, the United States of America, by and through undersigned counsel, and moves this Court for an extension in which to file its response to the defendant's motion for re-sentencing under 28 U.S.C. § 3582. Counsel for the United States is currently in trial and will not be able to devote the necessary time to confer with Allan Beiswenger, counsel for the defendant.

The parties were given until May 5, 2008 to reach an agreement on a appropriate sentence for the defendant. Counsel for the defendant has been contacted with respect to this motion, and is unopposed to the extension.

Accordingly, the United States respectfully requests that the court provide the parties until May 15, 2008 to further respond.

RESPECTFULLY SUBMITTED this <u>2nd</u> day of May, 2008, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney


s/ Kevin Feldis
KEVIN FELDIS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513
Phone:(907) 271-5071
Fax: (907) 271-1500
E-mail: kevin.feldis@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2008
a copy of the foregoing **UN-OPPOSED**
**MOTION FOR EXTENSION OF TIME**
**TO FILE RESPONSE** was served electronically on:

Allan Beiswenger,
Counsel for Defendant


s/ Kevin Feldis
Assistant U.S. Attorney