IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:04-cr-00047-JKS |
| | ) |
| Plaintiff, | ) |
| | ) **[PROPOSED] ORDER** |
| vs. | ) **GRANTING UN-OPPOSED** |
| | ) **MOTION FOR EXTENSION OF** |
| CHRISTOPHER LENIEAR, | ) **TIME TO FILE RESPONSE** |
| | ) |
| Defendant. | ) |
| | ) |
| | ) **FILED ON SHORTENED TIME** |

Having considered the Government's Motion for a 10-day extension of time to file response, IT IS HEREBY ORDERED that the government's motion is GRANTED.

DATED this ____ day of May, 2008, at Anchorage, Alaska.

_____
JAMES K. SINGLETON
United States District Court Judge