IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:04-cr-00047-JKS |
| Plaintiff, | ) |
| vs. | ) **ORDER GRANTING UN-** |
| | ) **OPPOSED MOTION FOR** |
| | ) **EXTENSION OF TIME TO FILE** |
| CHRISTOPHER LENIEAR, | ) **RESPONSE** |
| Defendant. | ) |
| | ) **FILED ON SHORTENED TIME** |

Having considered the Government's Motion for a 10-day extension of time to file response, IT IS HEREBY ORDERED that the government's unopposed motion is GRANTED.

DATED this 6th day of May 2008, at Anchorage, Alaska.

    /s/ James K. Singleton, Jr.
JAMES K. SINGLETON, JR.
United States District Court Judge