BP-S187.058 PROGRESS REPORT CDFRM
JUN 98
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| Institution Name, Address, & Telephone No. | Date |
|---|---|
| Federal Medical Center<br>3301 Leestown Road<br>Lexington, Kentucky 40511 (859) 255-6812 | March 14, 2008 |

**Inmate Reviewed**

| Inmate's Signature | Date | Staff Signature |
|---|---|---|
| [signature] | 3-14-2008 | [signature] |

1. Type of Progress Report

☐ Initial          ☐ Statutory Interim       ☐ Pre-Release
☐ Transfer       ☒ Triennial                     ☐ Other:

| 2. Inmate's Name<br>Leniear, Christopher | 3. Register Number<br>14946-006 | 4. Age (DOB)<br>25 (11-25-1982) |
|---|---|---|

5. Present Security/Custody Level
Low/In

6. Offense/Violator Offense:
Possession of Cocaine Base With Intent To / Possession of a Firearm During and in Relation to and in Furtherance of Drug Trafficking / Possession of an Unregistered Silencer

7. Sentence
90 months and 5 years supervision

| 8. Sentence Began<br>01-06-2005 | 9. Months Served +<br>Jail Credit<br>38 mos. – 266 days | 10. Days GCT/or EGT/SGT<br>162 |
|---|---|---|
| 11. Days FSGT/WSGT/DGCT<br>0/0/0 | 12. Projected Release<br>10-26-2010 via GCT | 13. Last USPC Action<br>None |

14. Detainers/Pending Charges: There are no known pending charges or detainers at this time.

15. Co-defendants: Refer to Pre-Sentence Investigation Report.

Record Copy - Inmate File; copy - U.S. Probation Office; copy - Parole Commission Regional Office (If applicable); copy - inmate
(This form may be replicated via WP)

Replaces BP-s187.058 DTD FEB 94

Attachment A

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

Progress Report
Page 2

PROGRESS REPORT – CONTINUED

Committed Name: Leniear, Christopher    Reg. No. 14946-006    Date: 03-14-08

16. INSTITUTIONAL ADJUSTMENT:

   A. PROGRAM PLAN: The following goals were established with inmate Leniear at the time of his last program review: maintain clear conduct, good sanitation, good work reports, and continue participation in the Customer Service Apprenticeship and Psychology Counseling Programs.

   B. WORK ASSIGNMENT: Inmate Leniear is currently assigned to Unicor Customer Service Order Entry. He earns outstanding work reports from his detail supervisors. He earned a Unicor Incentive Award for his work performance in January of 2007.

   C. EDUCATIONAL/VOCATIONAL PARTICIPATION: Inmate Leniear has earned his GED. He has completed 176 hours in the Dental Apprenticeship Program and 200 hours in the Horticulture Program. He is also currently enrolled in the Customer Service Representative Apprenticeship Program.

   D. COUNSELING PROGRAMS: Inmate Leniear has been attending Psychology Counseling sessions with the institutional/unit staff Psychologists. He is making satisfactory progress. He has completed Stress/Anxiety Management, Job Fair Information and Operation Read Tutor.

   E. INCIDENT REPORTS:
      UDC HEARING DATE/TIME: 07-27-2006 0833    INCIDENT DATE/TIME: 07-25-2006 2318
      305 POSSESSING UNAUTHORIZED ITEM - FREQ: 1
      LP COMM   / 6 MONTHS / CS
      COMP: LAW:  LOSS OF COMMISSARY
      LP PHONE  / 6 MONTHS / CS
      COMP: LAW:  LOSS OF PHONE

   F. INSTITUTIONAL MOVEMENT: Inmate Leniear was initially designated to FMC Lexington, Kentucky, arriving on 3/17/2005. There has been no further movement since his arrival.

   G. PHYSICAL AND MENTAL HEALTH: Inmate Leniear is a care level 2 inmate with a medical duty status of being mentally ill. He has received Psychology service and is currently stable in his treatment.

   H. PROGRESS ON FINANCIAL PLAN: Inmate Leniear has completed all of his assessed financial obligations through the Inmate Financial Responsibility Program.

UNITED STATES DEPARTMENT OF JUSTICE  
FEDERAL BUREAU OF PRISONS

Progress Report  
Page 3

PROGRESS REPORT - CONTINUED

Committed Name: Leniear, Christopher    Reg. No. 14946-006    Date: 03/14/08

17. **RELEASE PLANNING:** Inmate Leniear will make release plans when he is closer to his Projected Release Date. He is being referred for a Residential Reentry Center (RRC) placement prior to his release date.

    A.    RESIDENCE:    To be secured.

    B.    EMPLOYMENT:    To be secured.

    C.    USPO:    District of Alaska  
    Karen Brewer, Chief USPO  
    222 W. 7th Avenue, Box 48  
    Anchorage, AK. 99513-7500

Notifications: Inmate Leniear is subject to release notification provisions under 18 USC 4042 (B) due to his current conviction for a drug trafficking offense.

    D.    Release Preparation: Inmate Leniear is currently participating in the Institutional Pre-Release Program. Inmate Leniear's Pre-Release Preparation date is April 26, 2010.

18. DICTATED BY: _____  
    A. Conatser, Case Manager

19. DATE TYPED: March 14, 2008

20. REVIEWED BY: _____  
    Kenny Coleman, Cardinal Unit Manager