MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __CHRISTOPHER LENIEAR__   CASE NO. __3:04-CR-00047-JKS__
Defendant: X Present Telephonically X In Custody

BEFORE THE HONORABLE:         JAMES K. SINGLETON

DEPUTY CLERK/RECORDER:        DENALI ELMORE / CAROLINE EDMISTON

UNITED STATES' ATTORNEY:      KAREN LOEFFLER

DEFENDANT'S ATTORNEY:         ALLEN BEISWENGER

U.S.P.O.:                     KAREN BREWER

PROCEEDINGS: RE-SENTENCING RE 18:USC 3582 HELD 5/28/2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:22 a.m. court convened.

Court and counsel heard re Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 (Dkt 99); **DENIED.**

At 11:12 a.m. court adjourned.

DATE:      MAY 28, 2008           DEPUTY CLERK'S INITIALS: DJE/CME

Revised 6-18-07