IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                    )<br>                Plaintiff,             )<br>                                                    )<br>        vs.                                    )<br>                                                    )<br>CHRISTOPHER LENIEAR,       )<br>                                                    )<br>                Defendant(s).        )<br>_____) | U.S.D.C. Case Number<br>3:04-CR-00047-JKS-1 |

## NOTICE OF APPEAL

Notice is hereby given that Defendant, Christopher Leniear, appeals to the Ninth Circuit Court of Appeals the Denial of his Motion for Resentencing pursuant to 18 U.S.C. 3742.

The denial of Defendant's Motion was entered in this action on May 28, 2008. (Document 114).

The original sentence imposed on January 6, 2005, was thirty (30) months on Counts 1 & 3 to be served concurrently and sixty (60) months on Count 2 to be served consecutively to the term imposed on Counts 1 & 3. An Amended Judgment pronouncing the same sentence was issued on January 16, 2007. (Document 72). Mr. Leniear filed his Motion for Resentencing on March 11, 2008. (Document 99).

A transcript of the resentencing hearing held on May 28, 2008, is required, and will be ordered within ten (10) days of the filing of this Notice of Appeal.

Allan Beiswenger
Attorney at Law
1101 W 7th Ave.
Anchorage, AK 99501
(907) 868-1280
Fax (907) 258-6419

Respectfully submitted this 5th day of June, 2008.

LAW OFFICES OF
ALLAN BEISWENGER
Attorney for Defendant
CHRISTOPHER LENIEAR
s/ Allan Beiswenger
1101 W 7th Avenue
Anchorage, AK 99501

Phone: (907) 868-1280

Fax: (907) 258-6419

E-mail: beiswenger@ak.net
Alaska Bar No. 7706074

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of June, 2008, a copy of the foregoing was served electronically on Kevin Feldis of the U.S. Attorney's Office.

s/Allan Beiswenger

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

NOTICE OF APPEAL  3:04-cr-00047-JKS-1
USA vs C. Leniear  Page 2 of 2