UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**08    30199**

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

JUN 10 2008

FILED
DOCKETED  06/10/08 WW
DATE           INITIAL

RECEIVED
JUN — 6 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**CASE INFORMATION:**
Short Case Title: <u>USA v. LENIEAR</u>
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: <u>JAMES K. SINGLETON 3:04-cr-00047-JKS-1</u>
Date Indictment Filed: <u>04/21/2004</u>
Date Appealed Order *entered*: 05/28/2008
Date NOA *filed*: <u>06/05/2008</u>
COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)    __pending

Court Reporter(s) Name and Phone Number: <u>Caroline Edmiston 907-677-6103, Denali Elmore 907-677-6123</u>

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
| | |
|---|---|
| Date Docket Fee paid: <u>NOT PAID</u> | Date Docket Fee billed: __ |
| Date FP granted: _ | Date FP denied: __ |
| Is FP pending? <u>NO</u> | Was FP Limited/Revoked? |
| US Government Appeal? <u>NO</u> | Companion Cases? Please list: _ |

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)

| Appellate Counsel: | Appellee Counsel: |
|---|---|
| **ALLAN D. BEISWENGER** | **KEVIN FELDIS** |
| LAW OFFICE OF ALLAN BEISWENGER | US ATTORNEY'S OFFICE |
| 1101 W. 7TH AVENUE | 222 WEST 7TH AVENUE, # 9 |
| ANCHORAGE, AK 99501 | ANCHORAGE, AK 99513 |
| FAX: 907-258-6419 | FAX: 907-271-1500 |

__retained   X CJA   __FPD   __FPD   __Other    Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __        Address: __
Custody: _             Bail: _

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __    9th Circuit Docket Number: __

Name and phone number of person completing this form: <u>CARLA APPLEBEE 907-677-6138</u>