**RECEIVED**

JUN 24 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

3:04 - cr - 00047 - JKS

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

### TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals # _____ X:08-030199-000 _____   U.S. District Court # ~~X:09-000047-001~~

Short Case Title _____ U.S. v. LENIEAR _____

Date Notice of Appeal Filed by Clerk of District Court __5 June 2008__

**Section A – To be completed by Party Ordering Transcript**

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| | | VOIR DIRE |
| | | OPENING STATEMENTS |
| | | SETTLEMENT INSTRUCTIONS |
| | | CLOSING ARGUMENTS |
| | | JURY INSTRUCTIONS |
| | | PRE-TRIAL PROCEEDINGS |
| 6 Jan 2005 & 28 May 2008 | | **OTHER (Sentencing and Hearing** |
| (Attach Additional Page for Designations if Necessary) | | **on Motion for Reduction)** |

( )   As retained counsel I have designated the portion(s) of transcript(s) and will notify all
counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a
copy of the transcript and guarantee payment to the reporter of the cost thereof upon
demand. I further agree to pay for work done prior to cancellation of this order. ***I have
attached a completed AO-435, Transcript Order Form, to this designation for purposes of
ordering the transcript(s).***

( )   I have designated the portion(s) of transcript(s) and will notify all counsel of this intention.
The transcripts have previously been produced and are already on file with the court.

( )   I do not intend to designate any portion of the transcript and will notify counsel of
this intention.

( X )   As appointed counsel I certify that any appropriate Order, i.e., CJA-24, authorizing
preparation of the transcript at the expense of the United States has been, or within 5
days thereof will be, obtained and delivered to the court. I agree to recommend payment
for work done prior to cancellation of this order.

Date Transcript Ordered _____   Estimated Date for Completion _____

Signature of Attorney _____   Phone Number _(907) 868-1280_

Address: _____ Law Office of Allan Beiswenger, 1101 W 7th Avenue, Anchorage, AK  99501 _____

**Section B – To be completed by Court Reporter**

I, _____, have received this designation.
(Signature of Court Reporter)

( )   Arrangements for payment were made on _____

( )   Arrangements for paym,ent have not been made pursuant to FRAP 10 b).

Approximate Number of Pages _____   Due Date _____

**Section C – To be completed by Court Reporter**

Date Transcript Filed _____   Court Reporter's Signature _____

(Trscrpt.des)

USDCA – Form 46 (Revised 10/04)