IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

CHRISTOPHER LENIEAR,  )
                     )
        Appellant,   )
                     )
    vs.              )
                     )
STATE OF ALASKA,     )
                     )
        Appellee.    )   Case No. 3:04-CR-00047-JKS-1
                     )

RECEIVED
JUN 24 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

**NOTICE OF DESIGNATION OF TRANSCRIPT ON APPEAL**

VRA CERTIFICATION    I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any offense unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

NOTICE IS HEREBY GIVEN that the defendant, Christopher Leniear, by and through his counsel, Allan Beiswenger, hereby designates the following portions of the transcript of his proceedings to be prepared for purposes of his appeal:

   a.   Sentencing Hearing held before Judge James Singleton on January 6, 2005, including argument of counsel.

   b.   Hearing on Defendant/Appellant's Motion for Resentencing held before Judge Singleton on May 28, 2008.

Respectfully submitted this 24th day of June, 2008.

LAW OFFICES OF
ALLAN BEISWENGER
Attorney for Defendant
CHRISTOPHER LENIEAR

Allan Beiswenger
Attorney at Law
1101 W 7th Ave.
Anchorage, AK 99501
(907) 868-1280
Fax (907) 258-6419

1101 W 7th Avenue
Anchorage, AK 99501
Phone: (907) 868-1280
Fax: (907) 258-6419
E-mail: beiswenger@ak.net
Alaska Bar No. 7706074

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of June, 2008, a copy of the foregoing was served on Kevin Feldis of the U.S. Attorney's Office.

_____
Signature